IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SIGUR,<br><br>        Plaintiff,<br><br>   vs.<br><br>CORRECTIONAL OFFICER SERNA,<br><br>        Defendants. | 1:06-CV-00495-OWW-DLB-P<br><br>ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1   account statement for the six month period immediately preceding the filing of the complaint, or
2   in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will
3   result in a recommendation that this action be dismissed.
4       IT IS SO ORDERED.
5       Dated:   May 15, 2006                    /s/ Dennis L. Beck
    3c0hj8                                UNITED STATES MAGISTRATE JUDGE